## Adams Estate.

Argued November 26, 1973. Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Nathan L. Reibman,* with him *Joseph M. Reibman,* and *Reibman and Reibman,* for appellant.

*Milton B. Riskin,* with him *Robert J. Silberstein, McFadden, Riskin and Huston,* and *Wolf, Popper, Ross, Wolf & Jones,* for appellees.

OPINION PER CURIAM, January 24, 1974:

Decree affirmed. Each party pay own costs. See *Comerford Estate,* 388 Pa. 278, 130 A.2d 458 (1957); *Noonan Estate,* 361 Pa. 26, 63 A.2d 80 (1949); *Wentz's Estate,* 225 Pa. 566, 74 Atl. 424 (1909).

Mr. Chief Justice JONES took no part in the consideration or decision of this case.